

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

NO. 2-09-293-CV

THE STATE OF TEXAS                                                    APPELLANT

V.

JOSEPH T. REED                                                        APPELLEE

----------

FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Dismiss For Mootness." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.3(a), 43.2(f); *State Farm Mut. Auto Ins. Co. v. Smith*, No. 02-03-00046-CV, 2003 WL 22071455, at * 1 (Tex. App.—Fort Worth Aug. 29, 2003, no pet.)(mem. op.).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DELIVERED: November 25, 2009

---

[1]... *See* Tex. R. App. P. 47.4.